```
                   UNITED STATES DISTRICT COURT
                            FOR  THE
                       DISTRICT OF VERMONT
```

Timothy Carrigan,                      :
    Plaintiff,                         :
                                      :
         v.                            : File No. 2:10 CV 303
                                      :
Michael J. Astrue,                     :
Commissioner of Social Security,       :
    Defendant.                         :

## ORDER

The Report and Recommendation of the United States Magistrate Judge was filed August 26, 2011. Plaintiff's objection was filed September 12, 2011. The defendant's response to Plaintiff's objection was filed September 19, 2011.

A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b) (1); *Perez-Rubio v. Wyckoff*, 718 F.Supp. 217, 227 (S.D.N.Y. 1989). The district judge may "accept, reject, or modify, in whole or in part, the magistrate's proposed findings and recommendations." *Id*.

After careful review of the file, the Magistrate Judge's Report and Recommendation and the objections, this Court ADOPTS the Magistrate Judge's recommendations in full.

The defendant's motion for order affirming the commissioner's decision(Doc. 7) is **GRANTED** and plaintiff's

1

motion to reverse decision (Doc. 4) is **DENIED.**

    This case is dismissed.

    Dated at Burlington, in the District of Vermont, this 19th day of September, 2011.

                                            <u>/s/ William K. Sessions III</u>
                                             William K. Sessions III
                                             U.S. District Court